UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                ORDER
                                   Cr. No. 97-276(02) (MJD)

Robert George Jefferson,

    Defendant.

---

    Jeffrey S. Paulsen, Assistant U.S. Attorney for and on behalf of the United States of America.

    Defendant, pro se.

---

    This matter is before the Court on Defendant's motion to receive scientific testing under the Innocence Protection Act of 2004, 18 U.S.C. § 3600, and for the appointment of counsel.

    Defendant seeks to obtain additional scientific testing in the field of fire forensics in order to prove that the fire at 385 East Lawson, St. Paul, Minnesota, was not caused by arson. The Innocence Protection Act, however, does not provide for such testing. Rather, the Act provides for DNA testing under circumstances set forth therein. 18 U.S.C. § 3600 (a). Having provided no basis upon which to grant the requested relief, Defendant's motions must be denied.

1

IT IS HEREBY ORDERED that Defendant's Motion for Scientific Testing under 18 U.S.C. § 3600 [Docket No. 1443] is DENIED.  Defendant's Motion for Appointment of Counsel [Docket No. 1445] is DENIED.

Date: June 17, 2005

                                              s/ Michael J. Davis
                                              Michael J. Davis
                                              United States District Court

Crim. No. 97-276(02) (MJD)