UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                        **MEMORANDUM OPINION AND ORDER**
                                             Crim. No. 97-276 (02) (MJD)

Robert George Jefferson,

    Defendant.
_____

    Jeffrey S. Paulsen, Assistant United States Attorney, Counsel for Plaintiff.

    Steven E. Wolter, Counsel for Defendant.
_____

This matter is before the Court on Defendant's Letter Request for Reconsideration of the Order denying his motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

Defendant seeks reconsideration based on the fact that the number of COVID positive cases among prisoners had increased since his motion was filed. In its Order, the Court recognized that the number of COVID positive cases among inmates and staff had increased. (Doc. No. 1806 (October 13, 2020 Order at 5).) As of December 7, 2020, the BOP reports there are thirteen active COVID cases at FCI Greenville and sixteen involving staff. No deaths have been reported. www.bop/coronavirus/index.jsp.

1

In addition, the Eighth Circuit has denied Defendant's appeal of this Court's October 13, 2020 Order.  (See Doc. No. 1811.)  Accordingly, the Court finds that Defendant has not demonstrated there are compelling circumstances that warrant reconsideration of this Court's October 13, 2020 Order.

IT IS HEREBY ORDERED that Defendant's Letter Request for Reconsideration of the Court's Order dated October 13, 2020 is DENIED.

Date:  December 7, 2020

s/ Michael J. Davis
Michael J. Davis
United States District Court
